MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: James.C.Mann@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-12-00495 SBA |
|---|---|---|
| | ) | |
| | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | HEARING TO JANUARY 8, 2013 FOR |
| v. | ) | CHANGE OF PLEA AND TO EXCLUDE |
| | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| JAVANCE CORMIER, | ) | |
| | ) | Date:    December 18, 2012 |
| Defendant. | ) | Time:   9:30 a.m. |
| | ) | Court:  Hon. Kandis A. Westmore |
| | ) | |
| | ) | |
| | ) | |

     The above-captioned matter is set on December 18, 2012 before this Court for a status hearing. Counsel for defendant is sick and is not available on that date. The parties request that this Court continue the hearing to January 8, 2013 at 9:30 a.m. for change of plea, and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and January 8,

////

////

////

////

////

STIP. REQ. TO CONTINUE HEARING TO JANUARY 8, 2013 & TO EXCLUDE TIME
No. CR-12-00495 SBA

2013 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for continuity of defense counsel.

DATED: December 17, 2012

| /s/ | /s/ |
|---|---|
| JAMES C. MANN | GAIL SHIFMAN |
| Assistant United States Attorney | Counsel for Defendant |
| Counsel for United States | |

STIP. REQ. TO CONTINUE HEARING TO JANUARY 8, 2013 & TO EXCLUDE TIME
No. CR-12-00495 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAVANCE CORMIER,<br><br>Defendant. | No. CR-12-00495 SBA<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING TO JANUARY 8, 2013 FOR CHANGE OF PLEA AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: December 18, 2012<br>Time: 9:30 a.m.<br>Court: Hon. Kandis A. Westmore |

The parties requested that the December 18, 2012 status hearing be continued to January 8, 2013 for change of plea. The parties further requested that time be excluded under the Speedy Trial Act until January 8, 2013 due to the unavailability of counsel for defendant. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the status hearing on December 18, 2012 is continued to January 8, 2013 at 9:30 a.m., the matter is set for change of plea, and time until January 8,

////

////

////

////

STIP. REQ. TO CONTINUE HEARING TO JANUARY 8, 2013 & TO EXCLUDE TIME
No. CR-12-00495 SBA

1  2013 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. §§
2  3161(h)(7)(A) and (B)(iv), for continuity of defense counsel.
3
4
5  DATED: 12/17/12                              /s/ Kandis Westmore
6                                               HON. KANDIS A. WESTMORE
                                                 United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING TO JANUARY 8, 2013 & TO EXCLUDE TIME
No. CR-12-00495 SBA