```
GAIL SHIFMAN (State Bar No. 147334)
Attorney at Law
601 California Street, Suite 1800
San Francisco, California 94108
Telephone:  (415) 551-1500
Facsimile:  (415) 551-1502

Attorney for Defendant
JAVANCE CORMIER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No.: CR 12-0495 SBA (DMR) |
| )                                  | |
|     Plaintiff,             ) | STIPULATION & [PROPOSED] ORDER |
| )                                  | CONTINUING STATUS HEARING AND |
|     vs.                   ) | EXCLUDING TIME |
| )                                  | |
| JAVANCE CORMIER,                 ) | |
| )                                  | |
|     Defendant.            ) | |

The above-captioned matter is set on February 8, 2013 before this Court for change of plea. Defendant is awaiting receipt of state court transcripts of two entry of guilty pleas which are relevant in determining Defendant's potential eligibility as a career offender under the sentencing guidelines. The parties request that this Court continue the hearing to February 26, 2013 at 9:30 a.m. for change of plea hearing and that the Court

1

exclude time under the Speedy Trial Act between the date of this stipulation and February 26, 2013 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for continuity of defense counsel.

DATED: February 5, 2013

```
    /s/                                    /s/
_____     _____
JAMES C. MANN                       GAIL SHIFMAN
Assistant United States Attorney    Counsel for Defendant
```

[PROPOSED] ORDER

The parties requested that the February 8, 2013 hearing be continued to February 26, 2013 for change of plea hearing.  The parties further requested that time be excluded under the Speedy Trial Act until February 26, 2013 for continuity of counsel and effective preparation.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS ORDERED** that the status hearing on February 8, 2013 is continued to February 26, 2013 at 9:30 a.m., for change of plea hearing and time until February 26, 2013 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for continuity of counsel and effective preparation.

DATED: February __5__, 2013        _____
                                    HON. DONNA M. RYU
                                    United States Magistrate Judge

2