GAIL SHIFMAN (State Bar No. 147334)
Attorney at Law
601 California Street, Suite 1800
San Francisco, California 94108
Telephone:  (415) 551-1500
Facsimile:  (415) 551-1502

Attorney for Defendant
JAVANCE CORMIER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR 12-0495 SBA |
| | ) |
| Plaintiff, | ) STIPULATION & ORDER CONTINUING |
| | ) ACCEPTANCE OF PLEA AND |
| vs. | ) SENTENCING HEARING |
| | ) |
| JAVANCE CORMIER, | ) |
| | ) |
| Defendant. | ) |
| _____ | |

The above-captioned matter is currently set on the Court's docket on May 14, 2013 at 10:00 a.m.  Additional police reports were recently made available to Defendant's counsel which need to be reviewed with Defendant prior to the completion of the final Presentence Report currently due to be released on May 1, 2013.  Defendant requests, and the government does not oppose, a continuance of the Acceptance of Plea and Sentencing Hearing to

1

June 11, 2013 at 10:00 a.m. to permit Counsel to meet with the Defendant to review the newly produced discovery.  The probation officer is available on the continued date.

DATED: April 30, 2013

/s/  James Mann                          /s/  Gail Shifman
_____     _____
JAMES C. MANN                       GAIL SHIFMAN
Assistant United States Attorney    Counsel for Defendant

ORDER

The parties requested that the May 14, 2013 hearing be continued to June 11, 2013 for Acceptance of Plea and Sentencing.  Good cause appearing therefor,

**IT IS ORDERED** that the Acceptance of Plea and Sentencing hearing on May 14, 2013 is continued to June 11, 2013 at 10:00 a.m.

DATED: May 3, 2013               _____
                                 HON. SAUNDRA B. ARMSTRONG
                                 United States District Judge

2